## (September 23, 1964)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN JOSEPH LAWLOR, Appellant, v. DANIEL McMANN, as Warden, Respondent.— Application, pursuant to CPLR 5520, for permission to file notice of appeal in Clerk's office of Clinton County *nunc pro tunc* granted, without costs. Gibson, P. J., Herlihy, Taylor, Aulisi and Hamm, JJ., concur.

■ In the Matter of JOHN HALUSKA, as Clerk, Petitioner.— Application, pursuant to section 89 of the Judiciary Law, for an order directing the destruction of specified records, granted. Gibson, P. J., Herlihy, Taylor, Aulisi and Hamm, JJ., concur.

## FOURTH DEPARTMENT, SEPTEMBER, 1964

## (September 17, 1964)

■ HELEN GOFF, Appellant, v. DAIRYMEN'S LEAGUE COOP. ASSN., INC., et al., Respondents.— Appeal dismissed unless records and appellant's briefs are filed and served on or before October 30, 1964. Cross motion of appellants to appeal as a poor person denied, without prejudice to the right of appellant to move for such relief before the trial court. (See *Jenks* v. *Murphy*, 21 A D 2d 346.)

■ NEAL KLEIN et al., Appellants, v. ROBERT F. KLEIN et al., Respondents. (And Another Action.) — Appeal dismissed unless records and appellants' briefs are filed and served on or before October 30, 1964. Memorandum: Inasmuch as the Trial Judge has retired, appellant should move before Special Term of Supreme Court, Oneida County.

■ FRUTO MATOS, Appellant, v. JAMES AMALFI et al., Respondents.— Motion denied, without prejudice to the right of appellant to make application to the trial court for leave to proceed as a poor person and for a transcript of the stenographer's minutes (CPLR 1101, subd. [a]; 1102, subd. [b]; see *Jenks* v. *Murphy*, 21 A D 2d 346).

■ HARRY A. SULTZ, Appellant, v. BUFFALO EYE BANK AND RESEARCH SOCIETY, INC. et al., Respondents.— Motion to dismiss appeal for failure to comply with CPLR 5530 granted unless records and briefs are filed and served on or before October 20, 1964. Motion to dismiss for failure to comply with CPLR 5513 denied in accordance with order to be entered herein.